**616** CITY OF PORT HURON vs. CIRCUIT JUDGE (St. Clair), No. 13385.

To compel respondent to make the necessary order for the summoning and impanneling of a jury to hear proofs and determine the necessity for opening a street to Black River, in order to enable the city to construct a bridge across the river, and to fix the compensation for the land taken, it appearing that the said river is a stream navigable for vessels of 15 tons burden and over, and the petition to the court below failed to allege that permission had been granted by the board of supervisors, or that the location and plans of the bridge had been approved by the secretary of war.

Granted April 12, 1893, without costs.

**617** PALMS vs. PROBATE JUDGE (Wayne), 39 M., 302.

To require respondent to exercise his statutory power of appointing a special administrator of an estate where an appeal had been taken from the appointment of a general administrator.

Granted October 9, 1878.

**618** NORTHWESTERN MANUFACTURING COMPANY vs. CIRCUIT JUDGE (Wayne), 58 M., 381.

To compel respondent to have the value of its machinery, apparatus and outfit, formerly used in the making of oleomargarine and butterine, assessed by a jury, under the provisions of Act No. 186, Laws of 1885.

Denied November 4, 1885.

Act held unconstitutional.